**FILED**

AUG 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

RMW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAURICE EDWARD CAMPBELL                 ) CV 08        3725
                                        )
              Plaintiff,                ) CASE NO. _____
                                        )
    vs.                                 ) PRISONER'S
                                        ) APPLICATION TO PROCEED
BEN CURRY (Warden)                      ) IN FORMA PAUPERIS
                                        )
              Defendant.                )
_____)

I, **MAURICE E. CAMPBELL**, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No **X**

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: **N/A**

Gross: _____ Net: _____

Employer: _____
_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____    - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  <u>PARAMOUNT PICTURES MOTION PICTURE STUDIOS/HOLLYWOOD</u>
5  <u>GRIP DEPARTMENT LOCAL # 80.</u>
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.    Business, Profession or      Yes ____ No _X_
10           self employment
11     b.    Income from stocks, bonds,      Yes ____ No _X_
12           or royalties?
13     c.    Rent payments?      Yes ____ No _X_
14     d.    Pensions, annuities, or      Yes ____ No _X_
15           life insurance payments?
16     e.    Federal or State welfare payments,      Yes ____ No _X_
17           Social Security or other govern-
18           ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.  **N/A**
21 _____
22 _____

23 3.  Are you married?      Yes ____ No _X_
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income: **N/A**
27 Gross $_____ Net $_____
28 4.  a.  List amount you contribute to your spouse's support: $ _____

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.). **N/A**

5. Do you own or are you buying a home?    Yes ___ No **X**

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ___ No **X**

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes ___ No **X** (Do not include account numbers.)

Name(s) and address(es) of bank: _____

Present balance(s): $_____

Do you own any cash? Yes ___ No **X** Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No **X**

8. What are your monthly expenses?    **N/A**

Rent: $_____    Utilities: _____

Food: $_____    Clothing: _____

Charge Accounts: **N/A**

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

9. Do

1 you have any other debts? (List current obligations, indicating amounts and to whom they are
2 payable. Do **not** include account numbers.)
   N/A

3 _____

4 _____

5 10.  Does the complaint which you are seeking to file raise claims that have been presented
6 in other lawsuits?  Yes ___  No  X
7 Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 which they were filed.
   N/A

9 _____

10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.

13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15

16 July 20, 2008                          *mc gill* (signature)
17       DATE                         SIGNATURE OF APPLICANT
                                      MAURICE EDWARD CAMPBELL  # E-10493

18
19
20
21
22
23
24
25
26
27
28

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached is a true and correct copy of the prisoner's trust account statement showing transactions of

__Campbell, Maurice E.__ for the last six months
(prisoner name)

at **CORRECTIONAL TRAINING FACILITY-SOLEDAD** where
(name of institution)

(s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were

$ __0__ and the average balance in the prisoner's account

each month for the most recent 6-month period was $ __0__.


Dated: __7-30-08__         __Yolanda Chavez, Acct I Spec.__
                            Authorized officer of the institution


Correctional Training Facility
P. O. Box 686
(8 Miles N of Soledad on US 101)
Soledad, California 93960
ATTN: Trust Office



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7/30/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY __Yolanda Chavez, Acct I Spec.__
TRUST OFFICE

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Maurice E. Campbell__ for the last six months at CORRECTIONAL TRAINING FACILITY/SOLEDAD STATE PRISON

[prisoner name]

__Monterey County California__ where (x)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____          _____

[Authorized officer of the institution]

- 5 -

```
REPORT ID: TS3030  .701                                              REPORT DATE: 07/30/08
                                                                     PAGE NO:       1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                            CTF SOLEDAD/TRUST ACCOUNTING
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: FEB. 29, 2008 THRU JUL. 30, 2008

ACCOUNT NUMBER : E10493                       BED/CELL NUMBER: CFCWT200000243L
ACCOUNT NAME   : CAMPBELL, MAURICE EDWARD     ACCOUNT TYPE: I
PRIVILEGE GROUP: A          TRUST ACCOUNT ACTIVITY

     << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                         CURRENT HOLDS IN EFFECT

DATE         HOLD
PLACED       CODE    DESCRIPTION          COMMENT         HOLD AMOUNT
----------   ----    -----------          -------         -----------
07/02/2008   H118    LEGAL COPIES HOLD    0025 LCOPY              0.80
07/02/2008   H118    LEGAL COPIES HOLD    0025 LCOPY              8.20
07/02/2008   H118    LEGAL COPIES HOLD    0025 LCOPY              4.00
07/16/2008   H118    LEGAL COPIES HOLD    0214 LCOPY              0.50
07/16/2008   H118    LEGAL COPIES HOLD    0214 LCOPY              3.80
07/17/2008   H118    LEGAL COPIES HOLD    0234 LCOPY              3.60
07/17/2008   H109    LEGAL POSTAGE HOLD   0225 LPOST              1.00
07/22/2008   H118    LEGAL COPIES HOLD    0295 LCOPY              0.50
07/24/2008   H118    LEGAL COPIES HOLD    0334 LCOPY              1.50
07/24/2008   H118    LEGAL COPIES HOLD    0334 LCOPY             34.13
07/24/2008   H118    LEGAL COPIES HOLD    0334 LCOPY              3.50
07/24/2008   H118    LEGAL COPIES HOLD    0334 LCOPY              1.10

                         TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL        TOTAL        CURRENT       HOLDS       TRANSACTIONS
BALANCE         DEPOSITS     WITHDRAWALS  BALANCE       BALANCE     TO BE POSTED
---------       --------     -----------  -------       -------     ------------
    0.00           0.00         0.00        0.00         62.63           0.00

                                                        CURRENT
                                                        AVAILABLE
                                                        BALANCE
                                                        ---------
                                                            62.63-
```

Correctional Training Facility
P. O. Box 686
(8 Miles N of Soledad on US 101)
Soledad, California 93960

ATTN: Trust Office

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7/30/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ TRUST OFFICE

July 20th, 2008

Case # (if applicable): Maurice Edward Campbell v. Ben Curry _____, 200___

To:   **CLERK OF THE COURT**
      [ ] SUPERIOR COURT
      [ ] COURT OF APPEAL
      [ ] CALIFORNIA SUPREMEM COURT

[X] FEDERAL DISTRICT COURT
[ ] FEDERAL COURT OF APPEAL
[ ] U.S. SUPREME COURT

CDC#: E-10493

FROM: Maurice E. Campbell
California State Prison CTF-Soledad
Housing: Central C-243
P.O. Box 689
Soledad, California 93960-0689

Re:  [X] PETITION FOR WRIT OF HABEAS CORPUS
     [ ] PETITION FOR REHEARING/RECONSIDERATION
     [ ] PETITION FOR REVIEW
     [ ] BRIEF ON APPEAL
     [ ] MOTION TO COURT

Case:  [ ] IN RE _____
       [ ] PEOPLE V. _____
       [ ] OTHER: Maurice Edward Campbell v. Ben Curry

Dear Clerk:

I am presently incarcerated at the California State Prison – Correctional Training Facility (CTF), in Soledad. Due to my incarceration, indigence or minimal funds, and the current policy of the California Department of Corrections as stated in Director Memorandum 15/04, I cannot provide the required number of copies as required by the Rules of Court.

Therefore, I must respectfully request that the court make the required additional copies and to serve any required copies on other parties as necessary.

Further, please send a conformed copy of the documents back to me as a receipt of filing. I apologize for any inconvenience that this may have caused.

Respectfully submitted,

*[signature]*