*E-FILED - 12/9/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE EDWARD CAMPBELL,<br><br>　　　　Petitioner,<br><br>　v.<br><br>BEN CURRY, Warden,<br><br>　　　　Respondent. | No. C 08-3725 RMW (PR)<br><br>ORDER GRANTING<br>PETITIONER'S REQUEST<br>FOR EXTENSION OF TIME<br><br>(Docket No. 5) |

　　　Good cause appearing, respondent is hereby granted an extension of time in which to file an opposition to respondent's motion to dismiss. Petitioner shall file any opposition within 30 days from the filing date of this order. Respondent shall file its response within 15 days from the date petitioner files his opposition.

　　　This order terminates docket no. 5.

　　　IT IS SO ORDERED.

DATED: 12/5/08　　　　　　　　　　　　　　　/s/ Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　United States District Judge