*E-FILED - 3/18/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAURICE EDWARD CAMPBELL, | ) | No. C 08-3725 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| BEN CURRY, Warden, | ) | |
| Respondent. | ) | |

The court has granted respondent's motion to dismiss this petition. Therefore, judgment is entered in favor of respondent. Petitioner shall take nothing by way of his petition. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 3/16/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.08\Campbell725jud.wpd     1